THE MOUNT SINAI HOSPITAL, PLAINTIFF-RESPONDENT,
v. ERIC MUELLER, *ET AL.*, DEFENDANTS-PETITIONERS.

*Messrs. Pindar, McElroy, Connell & Foley* and *Miss Sonia Napolitano* for the petitioners.

*Mr. David Schechner, Messrs. Toner, Crowley, Woelper & Vandergilt, Mr. Herman D. Michels* and *Mr. Roger L. Toner* for the respondent.

June 29, 1962. Denied.

TOWN OF HAMMONTON, PLAINTIFF-RESPONDENT, v.
ANTHONY VARSACI, DEFENDANT-PETITIONER.

See same case below: 74 *N. J. Super.* 251.

*Mr. Vincent A. DeMarco* and *Mr. Isaac C. Ginsburg* for the petitioner.

*Mr. Samuel A. Donio* for the respondent.

June 29, 1962. Denied.